BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
CRISTINA DELORES PATINO

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 4-11-70677 MAG |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; ORDER |
| v. | |
| CRISTINA DELORES PATINO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of July 13, 2011 presently scheduled at 9:30 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for September 7, 2011 at 9:30 a.m., before the Oakland Duty Magistrate, for status. It is further stipulated that the time for filing an indictment in this matter be extended to September 7, 2011.

The reasons for this continuance are as follows:

1. On June 16, 2011, the defendant appeared in United States Magistrate Court in the Northern District of California pursuant to Federal Rule of Criminal Procedure 5 and was advised of charges pending against her in a criminal complaint which had been filed in

CR 11-70677 MAG
Stipulation to Continuance and Exclusion of Time        1

the Eastern District of Virginia (Case No. 11-MJ-455). Pursuant to agreement of the parties, the defendant was released on bond, to be supervised in the Northern District of California.

2. The parties are presently negotiating a pre-indictment plea that contemplates transfer of this matter to the Northern District of California for change of plea pursuant to Federal Rule of Criminal Procedure 20.

3. Additionally, as this case alleges a multi-state conspiracy involving at least fifteen people, counsel for Ms. Patino requires additional time to review discovery and conduct any necessary investigation.

4. Ms. Patino agrees to waive her right to a preliminary hearing in this matter.

5. Further the parties agree that an extension of time for the filing of an indictment, pursuant to 18 U.S.C. § 3161(b) and (h), is in the best interest of the defendant and the government and will provide the parties with necessary time to review discovery in the case and discuss a plea agreement.

6. The defendant expressly understands that his waiver is not predicated upon any promises, agreements, or understandings of any kind between the government and the defense in this case, and that nothing contained herein shall be construed to preclude the government from proceeding against the defendant during or after the time period covered by this waiver.

The parties agree and stipulate that the time until September 7, 2011 should be excluded, under 18 U.S.C. §3161(h)(7)(A) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts.

//

//

CR 11-70677 MAG
Stipulation to Continuance and Exclusion of Time          2

1  Date: July 5, 2011

2                                                      _____/s/_____
                                                       Ellen V. Leonida
3                                                      Assistant Federal Public Defender
                                                       Attorney for CRISTINA PATINO
4
   Date: July 5, 2011
5
                                                       _____/s/_____
6                                                      Lisa Owings
                                                       Assistant United States Attorney
7                                                      Eastern District of Virginia

8
   Date: July 5, 2011
9
                                                       _____/s/_____
10                                                     Mattew McCarthy
                                                       Assistant United States Attorney
11                                                     Northern District of California

12

13

14                                          ORDER

15       The court finds that the ends of justice served by the granting of the continuance

16  outweigh the bests interests of the public and the defendant in a speedy and public trial. The

17  continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel.

18  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is

19  continued to September 7, 2011 at 9:30 a.m., before the Oakland Duty Magistrate.  IT IS

20  FURTHER ORDERED that the time for the filing of an indictment is extended until September

21  7, 2011.  Time is excluded until September 7, 2011, 2011 pursuant to 18 U.S.C. § 3161(h)(7)(a).

22       IT IS SO ORDERED.

23

24   7/11/11                                           _____
    Date                                               HON. DONNA M. RYU
25                                                     UNITED STATES MAGISTRATE JUDGE

26

CR 11-70677 MAG
Stipulation to Continuance and Exclusion of Time        3