MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TAREK HELOU (CABN 218225)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7200
   Facsimile:      (415) 436-7234
   Tarek.J.Helou@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 11-MJ-70677-MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. P. 5.1 & 18 U.S.C. § 3161 AND CONTINUING STATUS CONFERENCE |
| v. | |
| CRISTINA DELORES PATINO, | |
| | CURRENT DATE: September 8, 2011 |
| Defendant. | CURRENT TIME: 9:30 a.m. |
| | PROPOSED DATE: October 7, 2011 |
| | PROPOSED TIME: 9:30 a.m. |

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-MJ-70677-MAG           1

1   On June 16, 2011, the defendant was arrested based on a warrant issued upon a Criminal Complaint pending in the Eastern District of Virginia. That case is pending in the Eastern District of Virginia, case number 11-MJ-455.

The parties anticipate that they will consent to the disposition of the case in the Northern District of California, where the defendant was arrested and is on bond and pretrial supervision. The parties also anticipate that the defendant will consent to proceed by information instead of indictment and waive trial in the Northern District of California.

Therefore, at this time, the parties stipulate and jointly request that, pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from September 7, 2011 through October 7, 2011. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension. The parties also request that time be excluded under the Speedy Trial Act from September 7, 2011 through October 7, 2011 because the defendant needs additional time to review discovery and to conduct necessary investigation.

The parties also request that the Court continue the status conference scheduled for September 8, 2011 at 9:30 a.m. to October 7, 2011 at 9:30 a.m.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: September 7, 2011           /s/
                                    TAREK HELOU
                                    Assistant United States Attorney


DATED: September 7, 2011           /s/
                                    ELLEN LEONIDA
                                    Attorney for Defendant Cristina Delores Patino


For the reasons stated above, the Court finds that exclusion of time from September 7, 2011 through October 7, 2011 is warranted and that the ends of justice served by the continuance

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-MJ-70677-MAG                                                                           2

outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(7)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: September 7, 2011

_____
THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-MJ-70677-MAG                                                                                             3