1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4

5  TAREK HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:    (415) 436-7200
8      Facsimile:    (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9

10 Attorneys for the United States of America

11

12                   UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                           OAKLAND DIVISION

15

16 | UNITED STATES OF AMERICA,              ) CR No. 11-MJ-70677-MAG
                                            )
17 |     Plaintiff,                         ) STIPULATION AND [PROPOSED] ORDER
                                            ) EXCLUDING TIME UNDER FED. R. CRIM.
18 | v.                                     ) P. 5.1 & 18 U.S.C. § 3161 AND CONTINUING
                                            ) STATUS CONFERENCE
19 | CRISTINA DELORES PATINO,               )
                                            ) CURRENT DATE: October 7, 2011
20 |     Defendant.                         ) CURRENT TIME: 9:30 a.m.
                                            )
21 |                                        ) PROPOSED DATE: October 20, 2011
     _____ ) PROPOSED TIME: 9:30 a.m.
22

23

24

25

26

27

28

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-MJ-70677-MAG                                                          1

On June 16, 2011, the defendant was arrested based on a warrant issued upon a Criminal Complaint pending in the Eastern District of Virginia. That case is pending in the Eastern District of Virginia, case number 11-MJ-455. The defendant is out of custody.

The parties anticipate that they will consent to the disposition of the case in the Northern District of California, where the defendant was arrested and is on bond and pretrial supervision. The parties also anticipate that the defendant will consent to proceed by information instead of indictment and waive trial in the Northern District of California. The parties are diligently preparing the necessary paperwork, which has taken some time.

Therefore, the parties stipulate and jointly request that, pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from October 7, 2011 through October 20, 2011. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension. The parties also request that time be excluded under the Speedy Trial Act from October 7, 2011 through October 20, 2011 because the defendant needs additional time to review discovery and to conduct necessary investigation. The parties also request that the Court continue the status conference scheduled for October 7, 2011 at 9:30 a.m. to October 20, 2011 at 9:30 a.m

STIPULATED:

                              MELINDA HAAG
                              United States Attorney

DATED: October 4, 2011                  /s/
                              TAREK HELOU
                              Assistant United States Attorney

DATED: October 4, 2011                  /s/
                              ELLEN LEONIDA
                              Attorney for Defendant Cristina Delores Patino

For the reasons stated above, the Court finds that exclusion of time from October 7, 2011 through October 20, 2011 is warranted and that the ends of justice served by the continuance

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-MJ-70677-MAG                                                              2

1  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161
2  (h)(7)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny the defendant
3  effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C.
4  §3161(h)(7)(B)(iv).

6  SO ORDERED.

8  DATED: October 6, 2011                  _____
                                           LAUREL BEELER
9                                          United States Magistrate Judge