MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TAREK HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:      (415) 436-7200
    Facsimile:       (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 11-MJ-70677-MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. P. 5.1 & 18 U.S.C. § 3161 AND CONTINUING STATUS CONFERENCE |
| v. | |
| CRISTINA DELORES PATINO, | CURRENT DATE: December 1, 2011 |
| Defendant. | CURRENT TIME: 9:30 a.m. |
| | PROPOSED DATE: December 22, 2011 |
| | PROPOSED TIME: 9:30 a.m. |

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-MJ-70677-MAG                                                                                                  1

1     On June 16, 2011, the defendant was arrested based on a warrant issued upon a Criminal Complaint pending in the Eastern District of Virginia. That case is pending in the Eastern District of Virginia, case number 11-MJ-455. The defendant is out of custody.

     The parties anticipate that they will consent to the disposition of the case in the Northern District of California, where the defendant was arrested and is on bond and pretrial supervision. The parties also anticipate that the defendant will consent to proceed by information instead of indictment and waive trial in the Northern District of California. The parties are diligently preparing the necessary paperwork, which has taken some time.

     Therefore, the parties stipulate and jointly request that, pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from November 3, 2011 through December 1, 2011. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension. The parties also request that time be excluded under the Speedy Trial Act from December 1, 2011 through December 22, 2011 because the defendant needs additional time to review discovery and to conduct necessary investigation. The parties also request that the Court continue the status conference scheduled for December 1, 2011 at 9:30 a.m. to December 22, 2011 at 9:30 a.m.

STIPULATED:

                                        MELINDA HAAG
                                        United States Attorney


DATED: November 30, 2011                        /s/
                                        TAREK HELOU
                                        Assistant United States Attorney


DATED: November 30, 2011                        /s/
                                        ELLEN LEONIDA
                                        Attorney for Defendant Cristina Delores Patino


     For the reasons stated above, the Court finds that exclusion of time from December 1, 2011 through December 22, 2011 is warranted and that the ends of justice served by the

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-MJ-70677-MAG                                                                          2

continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(7)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

The Court also vacates the current status conference, set for December 1, 2011 at 9:30 a.m. and sets a new status conference on December 22, 2011 at 9:30 a.m.

SO ORDERED.

DATED: November 30, 2011

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge