GEOFFREY A. HANSEN
Acting Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
CRISTINA DELORES PATINO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-00063 PJH |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| CRISTINA DELORES PATINO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Cristina Patino may be modified to allow her to travel to Lodi (in the Eastern District of California) on July 28, 2012, to pick up her daughter. Pretrial Services Officer Timothy Elder is aware of the proposed modification and has no objection.

All other conditions of release shall remain the same.

DATED: July 25, 2012                             /s/
                                               ELLEN V. LEONIDA
                                               Assistant Federal Public Defender


DATED: July 25, 2012                             /s/
                                               MATTHEW MCCARTHY
                                               Assistant United States Attorney

CR 12-00063 PJH
Stipulation and ~~Proposed~~ Order Modifying Pretrial
Release Conditions                              1

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Cristina Patino may be modified to allow her to travel to Lodi (in the Eastern District of California) on July 28, 2012. All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: July 25, 2012

GRANTED
Judge Donna M. Ryu

_____
DONNA M. RYU
United States Magistrate Judge

CR 12-00063 PJH
Stipulation and ~~Proposed~~ Order Modifying Pretrial
Release Conditions                     2