1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   CRISTINA DELORES PATINO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-00063 PJH |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| CRISTINA DELORES PATINO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Cristina Patino may be modified to allow her to travel to Chula Vista by car (in the Central and Southern Districts of California) between November 29, 2012 and December 4, 2012, on a family trip. While in Chula Vista, she will stay at 1053 Broadway, Apt. 29, Chula Vista, CA 91911. Pretrial Services Officer Timothy Elder is aware of the proposed modification and has no objection.

All other conditions of release shall remain the same.

CR 12-00063 PJH
Stipulation and Order Modifying Pretrial Release
Conditions                                                                 1

1  DATED: November 29, 2012                /s/
2                                          ELLEN V. LEONIDA
                                           Assistant Federal Public Defender

3  DATED: November 29, 2012                /s/
4                                          MATTHEW MCCARTHY
                                           Assistant United States Attorney

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Cristina Patino may be modified to allow her to travel to Chula Vista (in the Central and Southern Districts of California) between November 29, 2012 and December 4, 2012. All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: 11/28/12

DONNA M RYU
United States Magistrate Judge

CR 12-00063 PJH
Stipulation and Order Modifying Pretrial Release
Conditions                                    2